## The Borough of Lansdowne *v.* Citizens' Electric Light & Power Company, Appellant.

Argued Nov. 23, 1898. Appeal, No. 104, Oct. T., 1898, by defendant, from judgment of C. P. Delaware Co., Dec. T., 1895, No. 50, on verdict for plaintiff. Before RICE, P. J., ORLADY, SMITH, W. W. PORTER and W. D. PORTER, JJ. Affirmed. Opinion by SMITH, J.

Verdict and judgment for plaintiff for $132.90. Defendant appealed.

*J. B. Hannum*, for appellant.

*L. L. Smith*, for appellee.

OPINION BY SMITH, J., March 23, 1899:

The facts of this case and questions assigned for our consideration are the same as those raised in the case of Borough v. Delaware County Electric Railway Company, post, p. 621. For the reasons given in that case, and in the case upon which it was decided, the specifications here are overruled and the judgment is affirmed.